**Exhibit A**

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 64 | 67.174.122.11 | 02/01/2013 06:19:16 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 69 | 50.152.36.179 | 02/03/2013 00:18:34 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 74 | 24.8.151.195 | 02/04/2013 15:06:37 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 76 | 67.190.35.104 | 02/05/2013 02:19:46 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 77 | 71.56.192.189 | 02/05/2013 03:08:02 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 79 | 50.134.233.57 | 02/05/2013 09:47:09 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 81 | 50.134.130.206 | 02/06/2013 01:09:25 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 85 | 67.190.184.227 | 02/06/2013 08:10:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 87 | 98.245.167.99 | 02/06/2013 14:14:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 92 | 98.245.228.41 | 02/07/2013 17:08:32 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 93 | 67.166.59.27 | 02/07/2013 21:07:13 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 94 | 75.71.251.154 | 02/08/2013 15:32:45 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 95 | 67.190.32.194 | 02/09/2013 02:53:19 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 97 | 76.25.12.23 | 02/09/2013 09:56:56 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 98 | 67.190.22.183 | 02/09/2013 12:07:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 101 | 71.229.233.12 | 02/10/2013 03:49:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 102 | 71.56.234.149 | 02/10/2013 05:08:47 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 103 | 50.134.234.213 | 02/10/2013 16:57:40 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 104 | 67.190.176.221 | 02/11/2013 10:20:46 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 105 | 75.70.8.27 | 02/11/2013 17:26:00 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 106 | 50.134.169.216 | 02/11/2013 22:05:14 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 107 | 67.177.247.189 | 02/12/2013 05:49:11 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 112 | 71.196.206.63 | 02/13/2013 20:36:15 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 113 | 67.190.16.187 | 02/13/2013 23:13:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 114 | 24.9.60.122 | 02/14/2013 01:12:50 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |