IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01167-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 64, 69, 74, 76, 77, 79, 81, 85, 87, 92-95, 97, 98, 101-107, and 112-114,

    Defendants.

## ORDER

THIS MATTER is before the Court on plaintiff, Purzel Video GmbH's, Dismissal Of Doe No. 103 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 16], filed on July 16, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, Doe No. 103, should be dismissed without prejudice from this action.  Accordingly, it is

ORDERED that defendant, Doe No. 103, is **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that plaintiff, Purzel Video GmbH, **shall amend the case caption on future filings to reflect the dismissal of Doe No. 103**.

Dated: July 17, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge