IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-001167-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

REGINALD KEY,
BENITO SMOAK,
GEOFF INGE, and
DON TYSLAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2013.**

    The Motion for Withdrawal of Clerk's Entry of Default as to Defendants Benito Smoak and Don Tyslan [filed November 8, 2013; docket #45] is **granted**. The Clerk of the Court shall withdraw its entry of default as to Benito Smoak and Don Tyslan found at docket #37.