IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-01167-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

REGINALD KEY,
BENITO SMOAK,
GEOFF INGE, and
DON SYSLAN,

    Defendants.

## ORDER OF DISMISSAL OF PARTY WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal Between Purzel Video GmbH and Geoff Inge (ECF No. 58) with prejudice pursuant to Fed. R. Civ. P. 41(a).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and Defendant Inge should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal Between Purzel Video GmbH and Geoff Inge (ECF No. 58) is **APPROVED.**   Defendant Inge is **DISMISSED WITH PREJUDICE** from this action, with each party to pay its own attorney fees and costs.

Dated: January 28, 2014

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES SENIOR DISTRICT JUDGE