IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-001167-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

BENITO SMOAK,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2014.**

Having no objection nor opposition from the Defendant and in the interest of judicial efficiency, Plaintiff's Combined Motion to Compel Discovery against Benito Smoak, to Modify the Discovery Schedule, and for Attorney's Fees [filed March 25, 2014; docket # 60] is **granted in part, denied in part, and denied without prejudice in part** as follows:

(1) Plaintiff's request for an order compelling Defendant to produce initial disclosures is **granted**, and Defendant shall submit his initial disclosures to Plaintiff **on or before May 19, 2014**;

(2) Plaintiff's request for an order compelling Defendant to respond to its first set of discovery is **denied without prejudice** for Defendant's failure to attach a copy of its discovery requests in accordance with D.C. Colo. LCivR 37.1;

(3) The Court will impose a **temporary stay** on the discovery deadlines set forth in the operative Scheduling Order pending the outcome of its Order to Show Cause filed contemporaneously with this minute order; and

(4) The Court **denies** Plaintiff's request for an award of reasonable expenses pursuant to Fed. R. Civ. P. 37(a)(5).